# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PETER JASON HELFRICH, ) | |
| Plaintiff, ) | Case No.  2:15-cv-00393-KJD-GWF |
| vs. ) | **ORDER** |
| RICHARD MARSHALL, *et al.*, ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiff's Motion for Order to Produce Prisoner (#18), filed on October 1, 2015.

Plaintiff moves for an order to require the Nevada Department of Corrections to produce him for the upcoming inmate mediation conference.  The Court finds that the mediation conference can be effectively conducted with Plaintiff appearing via teleconference.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Order to Produce Prisoner (#18) is **denied**.

**DATED** this 5th day of October, 2015.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge