# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PETER JASON HELFRICH, )
         Plaintiff, )   Case No.  2:15-cv-00393-KJD-GWF
vs. )   **ORDER**
RICHARD MARSHALL, *et al.*, )
         Defendants. )

      This matter is before the Court on Plaintiff's Affidavit (#27), filed on October 15, 2015.  The Affidavit is unintelligible.  The Court accepts handwritten pleadings or documents, but they must be legible and intelligible.  Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's Affidavit (#27) is **stricken** without prejudice.  Plaintiff may file a new affidavit so long as it is legible and intelligible.

      **DATED** this 22nd day of October, 2015.

                                                  _____
                                                  GEORGE FOLEY, JR.
                                                  United States Magistrate Judge