# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PETER J. HELFRICH,

    Plaintiff,

    v.

MARSHALL, et al.,

    Defendants.

Case No. 2:15-cv-00393-KJD-GWF

**ORDER**

## I. DISCUSSION

On April 4, 2016, the Court issued an order dismissing Plaintiff's second amended complaint in its entirety, without prejudice, and entered judgment which closed the case. (ECF No. 40, 41). Plaintiff filed a notice of appeal on April 12, 2016. (ECF No. 42). That same day, Plaintiff filed a motion to compel the Nevada Attorney General's Office to accept service of process of all newly added defendants. (ECF No. 43). Plaintiff's case is closed and he has filed a notice of appeal. Accordingly, the Court will deny his motion to compel acceptance of service.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's motion to compel the Nevada Attorney General's Office to accept service of all newly added defendants (ECF No. 43) is DENIED.

DATED: This 18th day of April, 2016.

_____
United States Magistrate Judge